**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ACM ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 02474 |
| | ) | |
| v. | ) | |
| | ) | Judge Lindberg |
| BOGIES ALE HOUSE, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL

Plaintiff ACM Associates, Inc. ("Plaintiff") and Defendant, Bogies Ale House, Inc. ("Defendant"), respectfully request that the Court enter the Parties' Proposed Final Judgment of Dismissal attached hereto as *Exhibit A*.

In support of this request, the Parties state as follows:

1. On March 24, 2011, this Court entered an Order granting final approval to the Parties' Class Action Settlement Agreement. (*Docket No. 46*)

2. The Court's Order directed Defendant to deliver the Settlement Fund to Class Counsel for distribution by Class Counsel in accordance with the provisions of the Final Approval Order.

3. Additionally, the Final Approval Order provides that the Parties shall file an agreed motion requesting dismissal of the Litigation with prejudice and without costs.

4. Consequently, the Parties now seek entry of a Final Judgment of Dismissal, a proposed draft of which is attached hereto as *Exhibit A*.

Respectfully submitted,

s/Dulijaza Clark                                        s/Mark J. Mickiewicz ____
Dulijaza Clark                                              Mark J. Mickiewicz


Daniel A. Edelman                                       Mark J. Mickiewicz
Dulijaza Clark                                              Michael Duane Sanders
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC                    Purcell & Wardrope, Chartered
120 South LaSalle Street, Suite 1800                    10 South LaSalle St., Suite 1200
Chicago, Illinois 60603                                 Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

# CERTIFICATE OF SERVICE

       I, Dulijaza Clark, certify that on April 29, 2011, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

**Mark J. Mickiewics**
mjm@pw-law.com

**Michael Duane Sanders**
mds@pw-law.com

                                              /s/Dulijaza Clark
                                              Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)